OPINION — AG — ** STATE INSURANCE FUND — MERIT SYSTEM — EMPLOYEES ** " CONSTITUTIONAL FOR THE CHIEF EXECUTIVE (GOVERNOR), TO PLACE THE EMPLOYEES OF THE INSURANCE FUND UNDER THE PROTECTION OF THE MERIT SYSTEM " AND THAT THE STATE INSURANCE FUND IS A " STATE AGENCY " OR DEPARTMENT WITHIN THE MEANING OF THE MERIT SYSTEM. (EXECUTIVE ORDER STATE AGENCY, AUTHORITY) CITE: OPINION NO. DECEMBER 18, 1959 — PERSONNEL BOARD, 74 O.S. 801 [74-801], 74 O.S. 839 [74-839], 74 O.S. 802 [74-802], OPINION NO. 88-061, OPINION NO. 88-041 (FRED HANSEN) ** SEE: OPINION NO. 95-036, 95-066 (1995) **